IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KYLE JEFFERY ROADCAP,<br>      Plaintiff | § § § § | |
| V. | § § § | CIVIL ACTION NO. 2:25-cv-00717-RSP<br>JURY DEMANDED |
| CITY OF LONGVIEW, TEXAS<br>Defendant | § § § | |

### DEFENDANT'S NOTICE OF ADDITIONAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

    On January 5, 2026, Defendant City of Longview, Texas served its Additional Disclosures upon counsel for Plaintiff.

    Respectfully submitted,

    **BOON, CALK, ECHOLS, COLEMANAND GOOLSBY, P.L.L.C.**
    1800 W. Loop 281, Suite 303
    Longview, Texas 75604
    (903) 759-2200-telephone
    (903) 759-3306-facsimile

    BY:   *Darren K. Coleman*
    DARREN K. COLEMAN
    SBN: 04558570
    darren.coleman@boonlaw.com

    *ATTORNEYS FOR DEFENDANT*
    *CITY OF LONGVIEW, TEXAS*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document has been forwarded to Plaintiff's Counsel, Wade Forsman, via electronic mail on this 5th day of January 2026.

*Darren K. Coleman*
Darren K. Coleman